# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 21, 2024

## NO. 03-22-00670-CV

**Viet Tran, Individually and a/n/f for B.T.; Nham Vo; Paulina Binh Dang; Huu Maui Tri; Thuy Bich Dang; and James Dang, Appellants**

**v.**

**David Ritter, Appellee**

### APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, KELLY, AND SMITH
### AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the order granting summary judgment signed by the trial court on October 17, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's summary judgment order. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.